

OFFICE OF THE CLERK

# Supreme Court of Wisconsin

110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WI 53701-1688

TELEPHONE (608) 266-1880
FACSIMILE (608) 267-0640
Web Site: www.wicourts.gov

August 11, 2025

**To:**

Jonathan E. Hendrix
Francis X. Sullivan
Melissa Chicker
Office of Lawyer Regulation
110 E. Main Street, Suite 315
Madison, WI 53703

State Bar of Wisconsin
P.O. Box 7158
Madison, WI 53707-7158

Eamon Collins Guerin
Guerin Law Office
2505 N. 124th Street, Suite 115
Brookfield, WI 53005

Eamon Collins Guerin, 738472
Redgranite Correctional Institution
P.O. Box 925
Redgranite, WI 54970-0925

You are hereby notified that the Court has entered the following order:

---

No. 2025XX711-D    Office of Lawyer Regulation v. Eamon Collins Guerin

On April 15, 2025, the Office of Lawyer Regulation (OLR) filed a notice of motion and motion, along with exhibits and a supporting affidavit, seeking the summary suspension of Attorney Eamon Collins Guerin's license to practice law in Wisconsin pursuant to SCR 22.20. The motion is based on Attorney Guerin's conviction for one felony count of possession of child pornography in State v. Guerin, Milwaukee Count Case No. 2023CF4771.

In response to the OLR's filing, this court issued an order on April 23, 2025, directing Attorney Guerin to respond within 20 days to show cause why his license to practice law in Wisconsin should not be summarily suspended pursuant to SCR 22.20. A copy of that order was sent to Attorney Guerin via certified mail and regular mail on April 23, 2025. The order was sent to Attorney Guerin at his law office in Brookfield and to Dodge Correctional Institution. On May 6, 2025, the certified mail sent to his office in Brookfield was returned to the clerk's office as "Refused 4/28/25"; the certified mail to Dodge Correctional Institution was successfully delivered.

On May 16, 2025, the OLR filed an Affidavit of Service, indicating that copies of its April 15, 2025 filing were personally served on Attorney Guerin at Redgranite Correctional

Institution. Prior to that filing, this court was not made aware that Attorney Guerin's address had changed. According to the Department of Corrections Inmate Locator, Attorney Guerin was transferred from Dodge Correctional Institution to Redgranite Correctional Institution on April 9, 2025.

Because it was not clear that Attorney Guerin received a copy of this court's April 23, 2025 order, this court entered an order on June 5, 2025 directing the clerk of this court to send a copy of the of the April 23, 2025 order to show cause to Attorney Guerin at his current address at Redgranite Correctional Institution via regular and certified mail. The court's June 5, 2025 order further directed that "Attorney Guerin shall show cause, in writing, to this court within 20 days of the date of this order why the OLR's motion should not be granted and his license to practice law in Wisconsin should not be summarily suspended."

The court has now received confirmation that its June 5, 2025 and April 23, 2025 orders were delivered to Attorney Guerin at Redgranite Correctional Institution. More than 20 days has passed since delivery of said orders and Attorney Guerin has not responded to contest the OLR's motion.

IT IS ORDERED that the OLR's motion for summary license suspension is granted. The license of Attorney Eamon Collins Guerin to practice law in this state is temporarily suspended as of the date of this order and until further order of this court. Attorney Guerin shall comply with the requirements of SCR 22.26 relating to license suspension.

Samuel A. Christensen
Clerk of Supreme Court